1  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA  94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHARYL PINEDA, a minor by and through KATHERINE PINEDA, his guardian ad litem<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and Does 1 and 10<br><br>Defendants. | Case No.: C10-04174 SC<br><br>**[San Mateo Superior Court Case CIV 497711]**<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES AND PRE_TRIAL CONFERENCE**<br><br>Complaint Filed:  August 9, 2010 |

COMES NOW plaintiff KHARYL PINEDA, a minor by and through KATHERINE PINEDA, his guardian ad litem and defendant TARGET CORPORATION, by and through their attorneys of record and stipulate to extend the following deadlines due to the change in trial date from August 28, 2011 to November 28, 2011, with the new dates as follows:

Simultaneous expert disclosure: August 10, 2011

Rebuttal expert disclosure: August 30, 2011

Last date to complete discovery and take depositions: September 29, 2011

Last date to hear motions: October 21, 2011

Pre-trial disclosure pursuant to FRCP 26(a)(3): October 27, 2011

Last date to serve trial briefs, motions in limine, list of witness and experts; last date to

-1-

STIPULATION AND ORDER   – Case No. C10-04174 SC

serve and file statement of designating excerpts from depositions; last date to exchange copies of exhibits: November 14, 2011.

Last date to e-file proposed voir dire, proposed jury instructions, proposed findings of fact and conclusions of law and form of judgment: November 15, 2011.

In light of the above, the parties request that the court order a new date for the pre-trial conference for a date convenient to the court's calendar after November 15, 2011.

DATED: May 13, 2011

By: _____/s/_____
ROBERT J.A. FORDIANI, Esq.
Attorney for Plaintiffs
KHARYL PINEDA, a minor by and through KATHERINE PINEDA, his guardian ad litem

DATED: May 13, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____/s/_____
Gail C. Trabish, ESQ
Attorneys for Defendant
TARGET CORPORATION

-2-
STIPULATION AND ORDER   – Case No. C10-04174 SC

**ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. The Pre-Trial Conference presently scheduled for August 26, 2011 is vacated and a new date and time is set as follows: 11/18/11 @ 10:00 a.m.

DATED: May 18, 2011

By: _____
U. S. D[istrict Judge]
SAMUEL [CONTI]

*IT IS SO ORDERED*
*Judge Samuel Conti*

26542\515753

-3-
STIPULATION AND ORDER – Case No. C10-04174 SC