1  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA  94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION
6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10
                                    )  Case No.:  C10-04174 SC
11 KHARYL PINEDA,  a minor by and through )
   KATHERINE PINEDA,   his guardian ad )  [San Mateo Superior Court Case CIV 497711]
12 litem                               )
                                    )
13            Plaintiff,             )
                                    )  STIPULATION OF DISMISSAL WITH
14 vs.                               )  PREJUDICE AND [~~PROPOSED~~
                                    )  ORDER THEREON]
15 TARGET CORPORATION and Does 1 and )
   10                               )  Complaint Filed:  August 9, 2010
16                                    )
             Defendants.             )
17                                    )
   _____)
18

19         IT IS HEREBY STIPULATED by and between the attorney for plaintiff KHARYL CRUZ

20 PINEDA, by and through his guardian ad litem KATHERINE PINEDA and the attorney for

21 defendant TARGET CORPORATION, that plaintiff will dismiss with prejudice defendant

22 TARGET CORPORATION pursuant to Federal Rule Civil Procedure 41(a)(1) with each party to

23 bear its own costs and attorney's fees.

24 ///

25 ///

26 ///

27
                                   -1-
28 _____
   STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED ORDER THEREON]
                      Case No. C10-04174 SC

IT IS SO STIPULATED:

DATED: October 10, 2011

By: /s/ Robert J. A. Fordiani
ROBERT J.A. FORDIANI, Esq.
Attorney for Plaintiffs
KHARYL CRUZ PINEDA, a minor
by and through his guardian ad litem,
KATHERINE PINEDA

DATED: October 12, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Gail C. Trabish
Gail C. Trabish, ESQ
Attorneys for Defendant
TARGET CORPORATION

**ORDER PURSUANT TO STIPULATION**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

DATED:      10/14/11

By: _____
SAMUEL
U. S. JUD

*[seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

26542\554428

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED ORDER THEREON]
Case No. C10-04174 SC